AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

FILED
JUN 2 8 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| United States of America | ) |
|---|---|
| v. | ) |
| Nestor VILLARREAL-Beltran | ) Case No. SA-19-MJ-760 |
| A XXX XXX 134 | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **June 28, 2019** in the county of **Bexar** in the **Western** District of **Texas**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 1326(a)&(b)(1) | Illegal Reentry into the United States after deportation/removal in violation of Title 18, United States Code Section(s) 1326(a) & (b) (1). |
| | Punishment: up to 10 yrs imprisonment followed by up to 3 years supervised release, a fine of up to $250,000, and a $100 special assessment. |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☒ Continued on the attached sheet.

*Complainant's signature*

SA / Victor Altamirano / ICE / ERO
*Printed name and title*

☒ Sworn to before me and signed in my presence.
☐ Sworn to telephonically and signed electronically.

Date: June 28, 2019

*Judge's signature*

City and state: San Antonio, Texas

Honorable RICHARD B. FARRER, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

Being duly sworn, I declare that the following is true and correct to the best of my knowledge.

My name is Victor B. Altamirano and I am a Deportation Officer with Immigration and Customs Enforcement (ICE), Enforcement Removal Operations (ERO), with whom I have been employed since April 27, 2009. I am authorized by the United States Department of Homeland Security to enforce the Immigration Laws and Regulations of the United States or any other Laws or Regulations designated by the Attorney General or his successor, the Secretary of the Department of Homeland Security.

On June 28, 2019, I was conducting a criminal investigation on VILLARREAL-Beltran, Nestor a criminal alien who has previously removed on three separate occasions. VILLARREAL has several criminal convictions which include an 8 USC 1326 Illegal Re-entry and two 8 USC 1325 Illegal Entry. Furthermore, VILLARREAL has a history of evading arrest and detention. Based on this investigation, VILLARREAL is a foreign-born national present within the United States illegally. Preliminary database checks indicate VILLARREAL is a citizen and national of Mexico with assigned Alien Registration Number A XXX XXX 134. A review of the Alien Registration File for A XX XXX 134 indicated that VILLARREAL was an alien previously removed from the United States to Mexico on or about January 11, 2014. Immigration databases also revealed that VILLARREAL has not been granted permission to reapply for admission from the Attorney General of the United States, or his successor, after deportation/removal.

Detectives from SAPD Repeat Offenders Program received information from a credible and reliable source that VILLARREAL is in possession of a several kilograms of methamphetamines. The source told SAPD that VILLARREAL was attempting to sell the methamphetamines due to his brother, Emmanuel Villarreal, being arrested by the DEA in Crystal City. SAPD detectives established surveillance of VILLARREAL and confirmed his residence, vehicle and identity that was provided by the source. Detectives also confirmed through a criminal history search of Emmanuel Villarreal that he was in fact arrested in Crystal City. SAPD believes that due to the large quantities of narcotics that Nestor is a danger to the community.

Unit # / VA

On June 28, 2019, ICE Officers observed VILLARREAL on 610 Ruiz Street, in San Antonio, Texas. ICE Officers identified him by matching the photographs in subjects A-file and pictures provided by SAPD. All pictures helped ICE Officer Patrick Llanes identify VILLARREAL, as being the same individual who was previously removed from the United States to Mexico on January 11, 2014, at said location.

_____
Victor B. Altamirano
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn before me the 28th day of June 2019.

_____
United States Magistrate Judge
Richard B. Farrer